**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **PLANET HOME LENDING, LLC** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:24-CV-02579-N** |
| | § | |
| **TERRY KATENKAMP, ET AL.,** | § | |
| **DEFENDANTS.** | § | |
| | § | |

**DEFAULT JUDGMENT**

The Court has considered the Motion for Default Judgment filed by Planet Home Lending, LLC, the plaintiff herein (sometimes hereinafter the "Plaintiff") on June 10, 2025 (the "Motion for Default Judgment") and finds as follows:

1.      Terry Katenkamp made, executed and delivered that one certain note dated August 23, 2018 in the amount of $138,446.00 to SFMC, LP DBA Service First Mortgage Company. (the "Note");

2.      Each of Terry Katenkamp and Courtney Joy Katenkamp, made, executed and delivered that one certain deed of trust dated August 23, 2018 in favor of Michael Burns Attorney at Law, for the benefit of Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for SFMC, LP DBA Service First Mortgage Company and its successors and assigns and which was filed and recorded in the official real property records of Hunt County, Texas on August 27, 2018 as 2018-13029 (the "Deed of Trust") to secure the Note with that certain property (the "Property"), to wit:

BEING ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATED IN THE CITY OF CADDO MILLS, HUNT COUNTY, TEXAS, BEING PART OF THE CATHERINE HAVINS SURVEY, ABSTRACT NO. 488, BEING PART OF BLOCK 5 OF THE BASS ADDITION, AN ADDITION TO SAID CITY ACCORDING TO THE PLAT THEREOF RECORDED IN THE DEED RECORDS OF HUNT COUNTY IN VOLUME M-1 AT PAGE

24-008931

1

470, BEING PART OF THE TRACT CONVEYED BY F.A. DILLON, ET UX, TO EDGAR FARR, ET UX, RECORDED IN SAID DEED RECORDS IN VOLUME 573 AT PAGE 646 AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A 1/2 INCH IRON ROD FOUND AT THE EASTERNMOST CORNER OF SAID DILLON TO FARR TRACT, SAID CORNER BEING IN THE SOUTHWEST LINE OF MAIN STREET (ALSO BEING KNOWN AS FARM-TO-MARKET ROAD NO. 36), SAID CORNER ALSO BEING N 53°50'00" W WITH SAID SOUTHWEST LINE OF MAIN STREET 210.71 FEET FROM A RIGHT-OF-WAY MARKER FOUND AT ITS INTERSECTION WITH THE NORTHWEST LINE OF SECOND STREET;

THENCE S 36°55`57" W WITH THE SOUTHEAST LINE OF SAID DILLION TO FARR TRACT 86.33 FEET TO 1/2 INCH IRON ROD FOUND AT A FENCE CORNER, FOR A CORNER;

THENCE N 56°42`00" W ALONG A FENCE 62.53 FEET TO A 1/2 INCH IRON ROD FOUND AT A FENCE CORNER, FOR A CORNER;

THENCE N 36°23`10" E 89.45 FEET TO A 1/2 INCH IRON ROD FOUND IN SAID SOUTHWEST LINE OF MAIN STREET FOR A CORNER;

THENCE S 53°50`00" E WITH SAID SOUTHWEST LINE 63.29 FEET TO RETURN TO THE PLACE OF BEGINNING, CONTAINING 0.127 ACRES OF LAND AND ALSO BEING KNOWN AS 2204 MAIN STREET.

Reported Mailing Address of 2204 Main Street Caddo Mills, Texas 75135

3.    Planet Home Lending, LLC is the assignee of the Deed of Trust.

4.    Payments on the Note and Secured under the Deed of Trust are due since April 1, 2024.

5.    Plaintiff provided notice of said default and the opportunity to cure, and it persists.

6.    The total balance owing on the Note and secured under the Deed of Trust is $141,872.99 as of April 21, 2025, which continues to accrue interest at the rate of 5.125% *per annum*.

7.    The Clerk of this Court entered the default of each of Defendant Terry Katenkamp (on March 25, 2025 at document 21) and Defendant Courtney Joy Katenkamp (on June 10, 2025 at document 25).

24-008931

2

8.    Defendant The United States of America has stipulated to its treatment herein.

9.    This Court has jurisdiction to render this judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, THAT:**

The Motion for Default Judgment is hereby granted.

The Court hereby enters judgment in favor of Planet Home Lending, LLC that Defendant Terry Katenkamp owes a debt of $141,872.99 as of April 21, 2025 which secured by the Property. Such debt **SHALL** continue to accrue interest at the rate of 5.125% *per annum* until the sale described in the following paragraphs is executed. If prior to the date the sale described in the following paragraphs is executed, Plaintiff Planet Home Lending, LLC is required to advance money to protect its interest in the Property, including but not limited to post judgment advances for property taxes and insurance, property preservation costs, post judgment attorney's fees and costs and post judgment bankruptcy fees and costs, Plaintiff Planet Home Lending, LLC or its attorney **SHALL** certify by affidavit to the Clerk and the amount adjudged herein **SHALL** be increased by the amount of such advances.

**IT IS FURTHER ORDERED** that the United States Marshal's Service **SHALL**, in full satisfaction of the sums adjudged in this Order, sell the Property at a public auction to the highest bidder for cash according to the terms and conditions set forth below:

a.    The public auction **SHALL** be held in the location for foreclosure sales as ordered by the Hunt County, Texas Judge;

b.    The public auction **SHALL** occur on or after August 5, 2025, as determined by the United States Marshal's Service;

c.    After the date and time for the public auction have been determined by the United States Marshal's Service, Planet Home Lending, LLC Services **SHALL** send, via USPS

24-008931

certified mail, a notice of sale indicating the date, time, place, and manner of the public

auction to:

> Terry Katenkamp
> 2204 Main Street
> Caddo Mills, TX 75135
>
> Courtney Joy Katenkamp
> 541 Crossroads Pkwy, Apt. 1201
> Terrell, TX 75160
>
> The Secretary of Housing and Urban Development
> 451 7th Street SW
> Washington, D.C. 20410
>
> The United States of America
> c/o Civil Process Clerk Office of the United States Attorney
> for the Northern District of Texas
> 1100 Commerce, 3rd Floor
> Dallas, TX 75242-1699

d.  Plaintiff Planet Home Lending, LLC **SHALL** also announce the date, time, place and

manner of the public auction in the Greenville Herald-Banner **AND**

www.texaspublicnotices.com for four (4) consecutive weeks prior to the public auction

date. These advertisements **SHALL** contain the Property's address as well as the legal

description of same;

e.  Plaintiff Planet Home Lending, LLC **SHALL** be responsible for payment of the

expenses associated with administering the public auction, and the United States

Marshal's Service **SHALL** deduct out of the proceeds of the sale herein described its

reasonable fees for conducting such sale;

f.  If Plaintiff Planet Home Lending, LLC is the successful bidder, its bid **SHALL**

constitute a credit against the amount owed by Defendant Terry Katenkamp under the

Note; and

24-008931

4

g.  The sale **SHALL** be subject to confirmation by the Court, and upon confirmation and receipt of the full purchase price of such sale, the United States Marshal's Service **SHALL** execute and deliver a deed conveying the Property "as is" to the successful bidder.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL** issue a Writ of Execution, pursuant to Federal Rule of Civil Procedure 70, authorizing the United States Marshal's Service to take possession and control of the Property pending the sale herein described. All persons occupying the Property **SHALL** turn over all keys to the Property to the United States Marshal's Service or a representative of the same. All persons **SHALL** vacate the property permanently within 30 days from the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the Property). If any person fails or refuses to leave and vacate the Property by the time specified in this Order, the United States Marshal's Service is authorized and directed to take all actions that are reasonably necessary to bring about the ejectment of those persons. If any person fails or refuses to remove his or her personal property from the Property by the time specified herein, the personal property remaining on the Property thereafter is deemed abandoned, and Plaintiff Planet Home Lending, LLC is authorized to remove it and to dispose of it in any manner authorized by law.

**IT IS FURTHER ORDERED** that after the sale is confirmed by the Court, the United States Marshal's Service **SHALL** distribute from the proceeds of the sale, as far as they are sufficient and after the United States Marshal's Service has deducted its reasonable fees for conducting the sale, the amount adjudged herein in favor of Plaintiff Planet Home Lending, LLC to it, and thereafter to the Department of Housing and Urban Development all amounts due and owing under those certain mortgages executed by Defendant Terry Katenkamp and Defendant

24-008931

Courtney Joy Katenkamp, and which were filed and recorded in the official real property records of Hunt County, Texas on April 29, 2022 as 2022-10022, and on April 8, 2024 as 2024-06150. Any balance remaining after these payments **SHALL** be delivered to the Clerk of the Court who **SHALL** hold any such balance until further order of the Court.

Signed this _____ day of _____, 2025.

_____
David C. Godbey
Chief United States District Judge

24-008931