# United States District Court
# Northern District of Texas

### Writ of Execution

Planet Home Lending LLC
*Plaintiff*

v.

Todman et al
*Defendant*

Case No.   3:24-cv-02579-N

(Complete the following if judgment was rendered in another district.)

District

Docket No.

Date Entered

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 17th day of ___June___, A.D., 2025 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of Planet Home Lending LLC. IT IS ORDERED that the United States Marshal's Service SHALL, sell 2204 Main St., Caddo Mills, TX 75135 at public auction according to the terms and conditions set forth therein. against Terry Katenkamp ,

hereinafter called judgment debtor, for the sum of $ 141,872.99 with interest thereon at the rate of 5.125 percent per annum from the 21st day of ___April___, A.D., 25 until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $ n/a ;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the judgment creditor, there remains due and unpaid the following sums:

$ 0 ____ Unpaid balance of costs specified hereinabove taxed by the Clerk of Court

$ 141,872.99 ____ Judgment

$ 2,589.60 ____ Interest on Judgment

and further interest will accrue on the unsatisfied judgment in the sum of $ 19.92 per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at Dallas , Texas, this 23rd day of June , 2025 .

KAREN MITCHELL, CLERK

By _____
Deputy Clerk

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I,_____Michael J. Burns_____, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this 23rd day of ____June____, A.D., _2025_ .

Signature and capacity in which signed: Michael J. Burns _____

Counsel for the Judgment Creditor _____

Address: 546 Silicon Drive, Suite 203 _____

Southlake, TX 76092 _____

Telephone Number: 7134461707 _____

STATE OF   Texas _____

COUNTY OF  Dallas _____

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: 6·23·2025

Deputy Clerk _____

Title _____

### MARSHAL'S RETURN

Received this writ at _____, on _____
and executed as follows:

UNITED STATES MARSHAL _____

By _____

Deputy Marshal